IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILBURN EDWARDS, | : |
| Plaintiff, | : |
| vs. | : Civil Action Number: |
| | : 1:14-cv-00650-WSD |
| TAVERNA PLAKA RESTAURANT, INC., GREEK KITCHENS OF ATLANTA, LLC, STYLIANOS KYRIACOU and NABIL A. SALEH, | : |
| Defendants. | : |

## [PROPOSED] ORDER

The above-styled case is before the Court on Plaintiff's Motion for Review and Approval of Settlement and Release Agreement. Plaintiff has requested that the Court review and approve the Parties' proposed Settlement Agreement because it includes a release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the Parties' dispute. Accordingly, Plaintiff's Motion is **GRANTED** and the Parties' Settlement Agreement and Release is **APPROVED** and incorporated herein. This Court shall retain jurisdiction over this matter until the terms set forth in Paragraph 1 of the Settlement Agreement have been complied with.

-- 2 --

IT IS SO ORDERED, this 20th day of May 2014.

_____
HON. WILLIAM S. DUFFEY, JR.
JUDGE, U.S. DISTRICT COURT